FIRST BANK OF NOTASULGA, Respondent, *v.* RICHARD W. JONES, JR., et al., Appellants, Impleaded with Another.

*First Bank of Notasulga* v. *Jones,* 167 App. Div. 929, affirmed.
(Argued November 28, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action brought by the payee against indorsers on a promissory note for $5,000 made by a corporation known as the Manhattan Securities Company, payable to the order of and delivered directly to the plaintiff, and which was at the time of the delivery thereof indorsed in blank by the defendants. The plaintiff continued as the owner and holder of the note down to and including the day of the trial. The complaint admitted the receipt of $1,000 from collateral sold by plaintiff. The complaint also sets forth a cause of action for $500 attorneys' fees, which the plaintiff sought to recover by reason of a clause contained in the note. The defendants, after denying the allegations of the complaint except the making of the note, set forth in their answers a separate defense in which they alleged that the note was accommodation paper, made without consideration and *ultra vires* the said corporation maker. The plaintiff demurred to the separate defenses and the demurrer was sustained.

*Nash Rockwood* and *Charles A. Winter* for appellants.
*Henry A. Brann, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not sitting: MCLAUGHLIN, J.